UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, a fictitious name, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> - against -<br><br>JOHN B. RHODES, GREGG C. SAYRE, DIANE X. BURMAN, JAMES S. ALESI and the NEW YORK STATE PUBLIC SERVICE COMMISSION,<br><br>       Defendants. | Civil Action No. 5:17-CV-936<br>DNH-TWD |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

October 11, 2018

FOR THE PLAINTIFF:

s/ James R. Peluso
_____
William J. Dreyer, Esq.
Bar Roll No. 101539
James R. Peluso, Esq.
Bar Roll No. 105634
Dreyer Boyajian LLP
75 Columbia Street
Albany, NY  12210

FOR THE DEFENDANTS:

s/ Salomon T. Menyeng
_____
Salomon T. Menyeng, Esq.
Bar Roll No. 519315
Assistant Counsel
Public Service Commission
 of the State of New York
Three Empire State Plaza
Albany, NY 12223-1350

*Attorneys for the Defendants John B. Rhodes, Gregg C. Sayre, Diane X. Burman, James S. Alesi and the New York State Public Service Commission*

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: October 11, 2018
    Utica, NY